UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Request for Judicial Assistance from the Civil Court of First Instance No. 9 in Buenos Aires, Argentina, in the matter of Hilda Karina Graciela Zurita v. Fred Eugene Badagnani,

Applicant.

**ORDER**

21 Misc. 469 (ER)

Ramos, D.J.:

As the Court issued an ex parte order on June 8, 2021, Doc. 5, and there has been no further action to date, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: August 29, 2022
New York, New York

_____
Edgardo Ramos, U.S.D.J.